ANNA KOMERTZ, Appellant, v. FRANCZ WEIHS, as Administrator, etc., of MARTIN KOMERTZ, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES L. CRAIG, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ISMERIE BRANDT, Appellant, Respondent, v. AUGUSTO BRANDT, Respondent, Appellant.— Judgment affirmed, without costs, the defendant in open court having waived any right to affirmative relief. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [144 Misc. 318.]

MUNICIPAL SERVICE REAL ESTATE COMPANY, INC., and THE PEOPLE OF THE STATE OF NEW YORK, Respondents, v. D. B. & M. HOLDING CORPORATION and THE NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BESSIE POMERANCE and HENRY POMERANCE, Respondents, v. THE CITY OF NEW YORK, Appellant, Impleaded with RODGERS & HAGERTY, INC., Defendant. BESSIE POMERANCE and HENRY POMERANCE, Respondents, v. THE CITY OF NEW YORK, Defendant, Impleaded with RODGERS & HAGERTY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NEW YORK GRANITE, INC., Respondent, v. LOUIS KEIL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM ROSENBLATT, Respondent, v. VICTOR HOUSE and Others, Appellants. — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DE VITO and JOHN DE VITO, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ISIDORE SOKOLOW, Appellant, v. WESTERN UNION TELEGRAPH COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

STRABO V. CLAGGETT, Appellant, v. AUSTIN S. DONALDSON, Respondent.*— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs. The complaint does not allege an agreement to answer for the debt of another but alleges a novation by which the original debt was completely extinguished and an original promise by the defendant substituted therefor. Such agreement is not within the Statute of Frauds. This entitles the parties to go to trial on their pleadings. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.